AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RICHARD MEL PHILLIPS<br><br>*Defendant(s)* | ) ) ) ) ) ) )<br>Case No.<br>5:18-mj-1111-PRL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 21, 2018__ in the county of __Lake__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 875(c) | Transmitting threatening communications in interstate commerce |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Jeffcoat, Special Agent -- FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/17/2018

_____
*Judge's signature*

City and state: Ocala, Florida

Philip R. Lammens, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                CASE NO. 5:18-mj-1111-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF THE
### ISSUANCE OF A CRIMINAL COMPLAINT

I, Michael Jeffcoat, having been duly sworn, state the following:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") assigned to the Jacksonville Division. I have been a SA since January 8, 2017. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have completed FBI training at the FBI Academy in Quantico, Virginia. During my employment with the FBI, I have received training and have gained experience in the investigation of criminal drug trafficking, violent criminal enterprises, gangs, fraudulent activities, and conducting threat assessments.

2. This affidavit is submitted in support of a criminal complaint charging **RICHARD MEL PHILLIPS** (hereinafter "Phillips") with a violation of 18 U.S.C. § 875(c), transmitting threatening communications in interstate commerce.

3. My knowledge of the facts and circumstances contained within this affidavit is based on my personal participation in this investigation and reports (verbal and written) made to me by other law enforcement officers. This affidavit

does not contain all of the information I know about the investigation, but is simply for the purpose of establishing probable cause to obtain an arrest warrant for the referenced offense.

## FACTS AND CIRCUMSTANCES

4. On August 22, 2018, I was contacted by SA Sean Wilson with the Threat Assessment Section of the United States Capitol Police. SA Wilson advised that on August 21, 2018, a member of the United States Congress, M.W., had received a two-minute voicemail from an individual threatening to kill him/her and to kill law enforcement officers (hereinafter "the August 21 voicemail"). This voicemail was one of four voicemails left for various members of Congress that SA Wilson had determined were from the same individual using unique telephone numbers ending in 4332 and 8249, respectively. The August 21 voicemail was received at the member of Congress's office in Washington, D.C..

5. By searching law enforcement databases, SA Wilson identified both phone numbers described above as being registered to Phillips and his mother. Both Phillips and his mother live in Fruitland Park, Florida, within the Middle District of Florida. Based on previous recordings, SA Wilson believed Phillips left the August 21 voicemail.

6. I obtained and listened to a copy of the August 21, 2018 voicemail. The caller is male and speaks in a loud, angry voice, screaming and yelling

throughout. The caller identifies the member of Congress by name and blames him/her for his inability to get a job. The caller tells the member of Congress that he/she is going to die, emphasizing that there is "nothing stopping me from killing your fucking ass." The caller promises to travel to the member of Congress's home territory and "stick a bullet through your fucking skull." The caller dares the member of Congress to send FBI agents to his house and states that he will "slaughter" them as well. The caller states repeatedly that "you're all going to fucking die" and emphasizes that he is "not fucking kidding around with you motherfuckers."

7. On August 23, 2018, FBI SA Todd Myers and I interviewed Phillips at his residence in Fruitland Park. During the interview, Phillips admitted that he made phone calls to politicians because they made him angry. I played the voicemail described above in Phillips's presence. Phillips smiled as he listened to the voicemail.

8. Phillips admitted that the voice on the recording was his and that he had left the August 21 voicemail. Phillips admitted that he threatened the member of Congress, but said that he did not have the means to carry out the threat. Phillips claimed that he did not have any weapons, money, or plans to leave the state of Florida. Phillips also stated that he and his mother never leave the house and are there twenty-four hours a day, seven days a week.

3

## CONCLUSION

9. Based on my training and experience and the facts set forth in this affidavit, I submit that there is probable cause to believe that on August 21, 2018, Phillips knowingly transmitted threatening communications in interstate commerce. Based on the content of the voicemail and the tone of Phillips's voice on the message, it is reasonable to believe that the recipient of the message would be apprehensive that its originator or sender would act according to the message's tenor, which would constitute a violation of 18 U.S.C. § 875(c).

_____
Michael Jeffcoat, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 17 day of September, 2018.

_____
The Honorable Philip R. Lammens
United States Magistrate Judge

4