FILED

18-1-62

2018 SEP 26 PM 4:32

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:18-cr-43-Oc-27PRL

RICHARD MEL PHILLIPS   18 U.S.C. § 875(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 21, 2018, in the Middle District of Florida, and elsewhere,

RICHARD MEL PHILLIPS,

the defendant herein, did knowingly and willfully transmit in interstate and foreign commerce from the State of Florida to the District of Columbia a communication (namely, a threatening phone call and voice mail) to M.W., and the communication contained a threat to injure M.W., specifically, to kill M.W. and FBI agents, and the defendant transmitted the communication for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat.

1

In violation of 18 U.S.C. § 875(c).

A TRUE BILL,

*[signature]*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: *[signature]*
William S. Hamilton
Assistant United States Attorney

By: *[signature]*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

2

FORM OBD-34
September 18

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

RICHARD MEL PHILLIPS

## INDICTMENT

Violations:   18 U.S.C. § 875(c)

A true bill,

*Laurie Cal Hanse*
Foreperson

Filed in open court this 26th day

of September, 2018.

_____
Clerk

Bail $_____

GPO 863 525