**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                             Case No. 5:18-cr-43-Oc-27PRL

**RICHARD MEL PHILLIPS**
_____/

**SENTENCING MEMORANDUM AND REQUEST FOR**
**REASONABLE SENTENCE**

COMES NOW, the Defendant, Richard Mel Phillips, by and through undersigned counsel, and files this sentencing memorandum in support of a sentence of time served. In support of this argument, Mr. Phillips states the following:

**I.    MR. PHILLIPS' BACKGROUND:**

Mr. Phillips is 36 years old and is an only child. He lived at home with his parents his entire life until his father died in 2002, when he remained at home with his mother. PSR at ¶ 37. At the time of his arrest for the instant offense, Mr. Phillips was living with and caring for his 73-year-old mother, Jeannette Phillips. PSR at ¶ 31. Mr. Phillips has never been married and has no children. PSR at ¶ 31. He has no driver's license and does not own a car. Mr. Phillips left high school before completing the 12th grade and has not obtained his GED. He has never had a job,

1

other than working for his father in the trophy shop he owned. He spends his days watching television, playing video games, and helping his mother around the house.

The instant offense constitutes Mr. Phillips only criminal conduct. Mr. Phillips' threats of violence were precipitated by his unhealthy immersion in the vituperative political conflict in the news media. Mr. Phillips had neither the intention nor the means to carry his threats out, and is very remorseful for his conduct. As of the date of the sentencing hearing, Mr. Phillips will have served six months in jail.

## **REQUEST FOR A REASONABLE SENTENCE**

In light of the 18 U.S.C. § 3553(a) factors, a sentence of time served is a reasonable sentence for Mr. Phillips. The history and characteristics justify such a sentence. As previously discussed, Mr. Phillips has no prior criminal history, and other than the circumstances of the instant offense, he has led a law-abiding life. Mr. Phillips is very remorseful for his conduct, and understands that it was wrong. Mr. Phillips had neither the means or intention of carrying out the threats of violence he expressed during the phone calls he made. This is evidenced by his actions and the statements he made to law enforcement upon his arrest.

Mr. Phillips has also been evaluated by Dr. Brian Cooke, M.D., who opines

that Mr. Phillips does not present a risk to carry out the threats which he describes where made "in the context of political conflict in our country." *See* Report of Dr. Brian Cooke, MD, dated March 8, 2019.

Mr. Phillips understands that he crossed the line from constitutional free speech to illegal threats, and that this Court must consider punishment for that conduct. On March 21, 2019 Mr. Phillips will have served six months in the Marion County Jail. Considering the circumstances of the offense, and Mr. Phillips' lack of criminal history, a sentence of time served will reflect the seriousness of the offense, promote respect for the law, and reflect the need for deterrence.

## CONCLUSION

After consideration of the factors enumerated in 18 U.S.C. § 3553(a) this Court should find that a sentence below the advisory guideline range of time served is "sufficient but not greater than necessary to achieve the purposes of sentencing."

Respectfully submitted this 14th day of March, 2019.

                                      DONNA LEE ELM
                                      FEDERAL DEFENDER

                                      s/ Mary A. Mills
                                      Mary A. Mills
                                      Florida Bar No. 0038369
                                      Assistant Federal Defender

>201 S.W. Second Street, Suite 102
>Ocala, Florida 34471
>Telephone: 352/351-9157
>Fax: 352/351-9162
>Email: Mary_Mills@fd.org
>Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14th, 2019, I electronically filed the foregoing *Sentencing Memorandum* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney William Hamilton.

>s/ Mary A. Mills
>Mary A. Mills
>Assistant Federal Defender